RECP #151018   CK #103

**DIVIDENDS REMITTED TO THE COURT**

Case Number 10-10823 - ADAMS-GARCIA, AUDREY L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Ginny's<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | 000001 | 105.30 | 3.90 |
| ---------- Remittance Total --------------- | | 105.30 | 3.90 |

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 SEP 27 AM 11: 34
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND